**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| -against- | )   2:18-cr-00735-MCA-4 |
| | ) |
| PAVANDEEP BAKHSHI, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER AUTHORIZING WHITE & CASE TO WITHDRAW**
**AS COUNSEL FOR DEFENDANT PAVANDEEP BAKHSHI**

Upon consideration of White & Case LLP's ("White & Case") application (the

"Application") for an order authorizing White & Case to withdraw as co-counsel for defendant

Pavandeep Bakhshi, and it appearing that no prejudice will result from White & Case's

withdrawal from this action, it is hereby:

ORDERED that the Application is GRANTED; and it is further

ORDERED that White & Case be removed as counsel of record for defendant Pavandeep

Bakhshi in this criminal proceeding.

**SO ORDERED**: _____

District Judge Madeline Cox Arleo
Date: November 17 2021