UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                                 Date: 11/17/21

JUDGE:  HON. MADELINE COX ARLEO

COURT REPORTER: CHARLES MCGUIRE

DEPUTY CLERK: AMY ANDERSONN

                                                    Docket No. 18-CR-735(MCA)

Title of Case: U.S.A. v. PARMJIT PARMAR & PAVANDEEP BAKHSHI

Appearances:      Nicholas Grippo AUSA, for the Government
                           Carolyn Silane AUSA, for the Government
                           Heather Suchorsky AUSA, for the Government
                           Jeffrey Hoffman, Esq., for defendant PARMAR
                           Timothy Parlatore, Esq., for defendant PARMAR
                           Maryam Hadden, Esq., for defendant PARMAR
                           Franklin Monsour, Esq., for defendant BAKHSHI
                           Paul Kim, Esq., for defendant BAKHSHI
                           Ricardo Solano, Esq., for defendant BAKHSHI

**Nature of Proceeding: Status conference (via Zoom)**

COVID-19 Order filed.
Oral argument on pending motions scheduled for 1/13/22 at 11 a.m. via zoom.
Trial scheduled for 2/15/22, this date will be revisited at the oral argument hearing.
Ordered defendants continued bail.

Time Commenced 3:05 p.m.    Time Adjourned  3:20 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk